# UNITED STATES DISTRICT COURT

## 42 USCA §1983

MATTHEW ALEXANDER MCGOWAN
PLAINTIFF

v

M. JOHN ASSISTANT STATE ATTORNEY
KATHERINE FERNANDEZ RUNDLE STATE ATTORNEY
DEFENDANTS

FILED BY CAW D.C.
DEC 09 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - KEY WEST

## DEFENDANTS:

1) M. JOHN - ASSISTANT STATE ATTORNEY
   OFFICE OF THE STATE ATTORNEY
   1350 NW 12 AVE, MIAMI, FLORIDA, 33136
   TO BE SUED IN OFFICIAL CAPACITY

2) KATHERINE FERNANDEZ RUNDLE - STATE ATTORNEY
   OFFICE OF THE STATE ATTORNEY
   1350 NW 12 AVE, MIAMI, FLORIDA, 33136
   TO BE SUED IN OFFICIAL CAPACITY

## FACTS:

AS OF 10/08/24 CASE F24011126 WAS NOLLE PROSSED BY M. JOHN ON BEHALF OF K.F. RUNDLE IN FRONT OF JUDGE L. STUZIN OF 11TH CIRCUIT JUDICIAL COURT

CASE F24011126 WAS A BATTERY ON A DETAINEE COMMITTED AGAINST THE PLAINTIFF, WHO IS OF A SUSCEPTIBLE GROUP, BY THADDEUS JACKSON. PLAINTIFF IS A NON-RESIDENT, NON-HISPANIC VISIBLE MINORITY IN MIAMI. THIS CRIME WAS COMMITTED ON CAMERA AND CORROBORATED BY EYEWITNESS TESTIMONY, YET IT WAS NOLLE

1/4

PROSSED, DEPRIVING THE PLAINTIFF THE RIGHT TO EQUAL PROTECTIONS OF LAW PURSUANT TO AMENDMENT XIV OF THE U.S CONSTITUTION.

THE PLAINTIFF IS DEPRIVED OF HAVING A RESTRAINING ORDER PUT AGAINST HIS ATTACKER, THERE IS NO JUSTICE FOR INJURY AND THESE PERSONS ARE SENDING THE MESSAGE THAT A FOREIGNER IN MIAMI, WHO IS OF THE MINORITY, HAS NO PROTECTION THROUGH LAW

M. JOHN AND K.F. RUNDLE WERE ACTING UNDER THE COLOR OF LAW AS THEY SELECT WHO WILL BE PROSECUTED.

RELIEF SOUGHT
1) THE PLAINTIFF SEEKS A RESTRAING ORDER TO BE PUT AGAINST HIS ATTACKER.

2) THE PLAINTIFF WANTS HIS ATTACKER TO BE PUNISHED FOR HIS MENACING CONDUCT

3) THE PLAINTIFF SEEKS $1,000,000 IN PUNITIVE DAMAGES FOR THEIR DISCRIMINATION AGAINST THE PLAINTIFF, WHO IS OF A SUSCEPT CLASS, TO WHO THEY HAVE CAUSED MENTAL ANGUISH, FEAR, HOPELESSNESS.

UNLESS THERE IS NO SUCH THING AS THE LAW...

CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT THE FOREGOING IS TRUE AND WAS SENT TO 301 SIMONTON ST, KEY WEST, FLORIDA, 33040, ON THIS 15TH DAY OF NOVEMBER 2024

WITHOUT PREJUDICE UCC 1-308

FROM
MATTHEW ALEXANDER MCGOWAN #230159993
13850 NW 41 ST
DORAL, FLORIDA
33178

This correspondence originated at a
Miami-Dade Corrections and Rehabilitation facility.
MDCR is not responsible for its contents.

TO
CLERK OF COURTS
301 SIMONTON ST
KEY WEST, FLORIDA
33040

MIAMI FL 330
18 NOV 2024 PM 6 L

33040-681201